UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | : <br> : <br> : |
| Plaintiff, | : <br> : Case No: 6:20-cv-652-Orl-WWB-EJK |
| v. | : <br> : |
| **FINTECH INVESTMENT GROUP, INC., COMPCOIN LLC and ALAN FRIEDLAND,** | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

The parties jointly move for entry of the attached *Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Fintech Investment Group Inc., Compcoin LLC and Alan Friedland* ("Consent Order").

On April 16, 2020, Plaintiff Commodity Futures Trading Commission ("Commission") filed a Complaint against Defendants seeking injunctive and other equitable relief, as well as the imposition of civil penalties, for violations of the Commodity Exchange Act ("Act"), 7 U.S.C. §§ 1–26, and the Commission's Regulations ("Regulations") promulgated thereunder, 17 C.F.R. pts. 1–190. Trial of this matter commenced on January 31, 2022. On February 3, 2022, as trial was continuing, the parties agreed to the terms of a settlement to resolve the entire matter, the terms of which were outlined orally for the Court. The Court directed the parties to file a joint motion for entry of a consent judgment and permanent injunction on or before March 7,

2022 (Dkt. 143). As directed, the parties have memorialized the settlement terms in the attached Consent Order, which they are submitting to the Court.

The parties submit that the attached Consent Order is appropriate under the circumstances of this matter, and satisfies the standard for entry of a Consent Order in this Circuit. *See Stovall v. City of Cocoa, Fla.*, 117 F.3d 1238, 1240 (11th Cir. 1997) (stating that district courts should approve consent decrees "so long as they are not unconstitutional, unlawful, unreasonable, or contrary to public policy").

WHEREFORE, the parties respectfully move for the entry of the attached Consent Order to resolve the matter.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel conferred and agreed to file this motion jointly.

March 7, 2022

| /s/ __Joshua A. Cossey_____ | /s/ __Gabriella Geanuleas_____ |
|---|---|
| Joshua A. Cossey, Esq. | Gabriella Geanuleas |
| Fla Bar No. 59716 | Janine Gargiulo |
| SENTINEL LAW, P.A. | Jacob Mermelstein |
| 301 W. Bay St., Ste 14106 | Katherine Rasor |
| Jacksonville, FL 32202 | K. Brent Tomer |
| Telephone: (904) 415-7951 | Attorneys for Plaintiff |
| Facsimile: (800) 484-6404 | Commodity Futures Trading |
| Email: JoshuaC@sentinellaw.com | Commission |
| | 140 Broadway, 19th Floor |
| Lee Friedland, Esq. | New York, NY 10005 |
| Friedland & Associates | 646-746-9887 |
| 707 NE 3rd Ave, Ste 201 | ggeanuleas@cftc.gov |
| Ft. Lauderdale, FL | |
| Phone: (954) 321-8810 | *Attorneys for Plaintiff Commodity* |
| Fax: (954) 321-8995 | *Futures Trading Commission* |
| Email:pleadings@yourbattleourfight.com | |
| | |
| *Attorneys for Defendants* | |